1   James M. Cline
    Cline & Associates
2   6800 E. Green Lake Way N., Suite 250
    Seattle, Washington 98115
3   206/524-3431
    206/524-3572 (fax)
4   Attorney for Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 9 2001

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

5

6

7               UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WASHINGTON
8                       AT SPOKANE

9   RANDAL BAKER, MICHAEL
    BLAKENBAKER, FRANK R. BOWERSOX,
10  SHAWN M. BOYLE, TIMOTHY J. CRUZ,
    BRIAN J. DAHL, STEVE DAVIS, JOE
11  DeJOURNETTE, RICK FOREST, REYNALDO
    GARZA, ELAINE GONZALEZ, MICHAEL A.
12  GORDON, GEOFF GRONEWALD, ERIK W.
    HAMPTON, BENJAMIN R. HITTLE,
13  MATTHEW J. LEE, TARIN C. MILLER,
    STEVE MORKERT, MATT MYERS,
14  ANTHONY J. PATLAN, MICHAEL A.
    NIELSEN, ERIC D. PIERCE, JESSIE G.
15  RANGEL, LORI J. SHEELEY, PERRY
    SKIPTON and ESTHER VASQUEZ,
16
            Plaintiffs,
17
        vs.
18
    CITY OF YAKIMA,
19
            Defendant.
20

NO. **CY-01-3059-WFN**

**FAIR LABOR STANDARDS ACT COMPLAINT**

21

22  **I.    INTRODUCTION**

23          This action is commenced on behalf of the named plaintiffs to recover from defendant unpaid

    minimum wages and overtime compensation plus an additional equal amount of liquidated damages,

FAIR LABOR STANDARDS ACT COMPLAINT - 1
Y:\\AAA ALL CLIENT FILES\Yakima Police Patrolmen's Association\FLSA\Pleadings\Complaint.doc

CLINE & ASSOCIATES
6800 E. GREEN LAKE WAY N., #250
SEATTLE, WA 98115
Ph: 206-524-3431 ♦ Fx: 206-524-3572

costs, and reasonable attorney's fees under the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq., hereinafter referred to as "FLSA."

## II.    JURISDICTION

Jurisdiction is conferred upon the court by 28 U.S.C. § 1331 and 29 U.S. C. § 216(B).

## III.    PARTIES

Plaintiffs Randal Baker, Michael Blakenbaker, Frank R. Bowersox, Shawn M. Boyle, Timothy J. Cruz, Brian J. Dahl, Steve Davis, Joe DeJournette, Rick Forest, Reynaldo Garza, Elaine Gonzalez, Michael A. Gordon, Geoff Gronewald, Erik W. Hampton, Benjamin R. Hittle, Matthew J. Lee, Tarin C. Miller, Steve Morkert, Matt Myers, Anthony J. Patlan, Michael A. Nielsen, Eric D. Pierce, Jessie G. Rangel, Lori J. Sheeley, Perry Skipton and Esther Vasquez are, and at all times material hereto were, employed by the City of Yakima.

Defendant City of Yakima has a principal office and place of business located at 129 N. Second, Yakima, Washington, 98901. Defendant is, and at all times material hereto was, a public agency within the meaning Section 3(x) of the FLSA, 29 U.S.C. § 203(x).

## IV.   FACTS

1.       Defendant is, and at all times hereto was, engaged in related activities performed through unified operation or common control for a common business purpose in conjunction with the activities of a public agency. Defendant is, and at all times material hereto was, an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(4).

2.       Defendant has, and at all times material hereto had, engaged in commerce or in the production of goods for commerce, or had employees handling, selling, or otherwise working on goods or materials such as motor vehicles, petroleum products and police services that have been moved or produced for commerce. Defendant is, and at all times material hereto was, an enterprise engaged in

FAIR LABOR STANDARDS ACT COMPLAINT - 2
Y:\AAA ALL CLIENT FILES\Yakima Police Patrolmen's Association\FLSA\Pleadings\Complaint.doc

CLINE & ASSOCIATES
6800 E. GREEN LAKE WAY N., #250
SEATTLE, WA 98115
Ph: 206-524-3431 • Fx: 206-524-3572

commerce or the production of goods for commerce within the meaning of Section 3(s) of the FLSA, 29 U.S.C. § 203(s).

3.      Defendant has willfully violated the minimum wage requirements of the FLSA, 29 U.S.C. 206, by failing to pay plaintiff at a rate not less than the applicable minimum wage rate for all hours worked including, but not limited to, attendance at preshift muster.

4.      Defendant has willfully violated the overtime compensation requirements of the FLSA, 29 U.S.C. § 207, by employing the named plaintiffs on or after July 1, 1994, in an enterprise engaged in commerce or in the production of goods for commerce, for work weeks longer than the applicable maximum weekly hours established by Section 207 of the FLSA, without compensating him or her for his/her employment in excess of the above described hours including all hours worked (including, but not limited to, attendance at preshift muster at rates not less than one and one-half times his/her regular rate of pay. 29 U.S.C. § 207.

## V.    JURY DEMAND

Plaintiffs assert their rights under the Seventh Amendment to the U.S. Constitution and demand a trial by jury on all issues, in accordance with Federal Rule of Civil Procedure 38.

## VI.   RELIEF SOUGHT

WHEREFORE, plaintiffs pray as follows:

1.      That defendant City of Yakima be required to pay to the named plaintiffs unpaid minimum wages and overtime compensation found due by the court as a result of defendant's violation of §§ 206 and 207 of the FLSA, plus an additional equal amount of liquidated damages;

2.      Defendant City of Yakima be required to pay plaintiffs their reasonable attorney's fees and costs of this action;

3.      For such other relief as the court deems is just and equitable.

FAIR LABOR STANDARDS ACT COMPLAINT - 3
Y:\AAA ALL CLIENT FILES\Yakima Police Patrolmen's Association\FLSA\Pleadings\Complaint.doc

CLINE & ASSOCIATES
6800 E. GREEN LAKE WAY N., #250
SEATTLE, WA 98115
Ph: 206-524-3431 ♦ Fx: 206-524-3572

DATED this 6th day of July 2001.

Cline & Associates

By: _____

James M. Cline, WSBA #16244
Attorney for Plaintiffs

FAIR LABOR STANDARDS ACT COMPLAINT - 4
Y:\AAA ALL CLIENT FILES\Yakima Police Patrolmen's Association\FLSA\Pleadings\Complaint.doc

CLINE & ASSOCIATES
6800 E. GREEN LAKE WAY N., #250
SEATTLE, WA  98115
Ph: 206-524-3431 ♦ Fx: 206-524-3572